No. 01–1444. CHAVEZ *v.* MARTINEZ. C. A. 9th Cir. [Certiorari granted, 535 U. S. 1111.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–197. MONSANTO CO. *v.* BAYER CROPSCIENCE, S. A. C. A. Fed. Cir.; and

No. 02–429. DETHMERS MANUFACTURING CO., INC. *v.* AUTO-MATIC EQUIPMENT MANUFACTURING CO. C. A. Fed. Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 02–7048. IN RE WADE;
No. 02–7057. IN RE RICCO; and
No. 02–7127. IN RE RAGLAND. Petitions for writs of habeas corpus denied.

No. 02–6419. IN RE KELLEY. Petition for writ of mandamus denied.

No. 02–6349. IN RE SEATON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 02–6358. IN RE LEE. Petition for writ of mandamus and/or prohibition denied.

No. 02–6814. IN RE WARREN. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed. See this Court's Rule 39.8.

No. 02–403. FEDERAL ELECTION COMMISSION *v.* BEAUMONT ET AL. C. A. 4th Cir. Certiorari granted.

No. 02–311. WIGGINS *v.* SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari granted limited to Question 2 presented by the petition.